AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Jose Adolfo Hernandez-Alfaro<br>A205 669 275<br>AKA:<br><br>IAE    YOB:    1982<br>Guatemala<br>(Name and Address of Defendant) | United States District Court<br>Southern District of Texas<br>FILED<br><br>MAY 0 1 2015<br><br>Clerk of Court | **CRIMINAL COMPLAINT**<br><br>Case Number:    M-15-0705-M |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 29, 2015** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Jose Adolfo Hernandez-Alfaro was encountered by Border Patrol Agents near Hidalgo, Texas on April 29, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 29, 2015, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 04, 2013, through Atlanta, Georgia. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On March 15, 2013, the defendant was convicted of Unlawful Transport of Firearms and was sentenced to sixteen (16) months confinement and twelve (12) months supervised released term.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

*approved by*
*[signature]*

Sworn to before me and subscribed in my presence,

**May 1, 2015**

Signature of Complainant

Michael K. Garza            Border Patrol Agent

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer